No. 638, Misc. WILLIAMS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 662, Misc. CLAY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 772, Misc. HOLT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 795, Misc. HANSEN *v.* WISCONSIN ET AL. Supreme Court of Wisconsin. Certiorari denied.

No. 828, Misc. BERRY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 834, Misc. SMARTT *v.* BOMAR, WARDEN. Supreme Court of Tennessee. Certiorari denied.

No. 862, Misc. DANTZLER *v.* DICTOGRAPH PRODUCTS, INC. C. A. 4th Cir. Certiorari denied. *Lewis B. Carpenter* for petitioner. *Leslie H. Arps* for respondent.